**Motion Granted, Appeal Dismissed, and Memorandum Opinion filed December 5, 2019.**



In The

# Fourteenth Court of Appeals

## NO. 14-19-00683-CV

## IN THE ESTATE OF MAURITA J. GALLAGHER, DECEASED

**On Appeal from Probate Court No. 3
Harris County, Texas
Trial Court Cause No. 442,656**

## MEMORANDUM OPINION

This is an interlocutory appeal from an order signed August 13, 2019. On November 25, 2019, appellants[1] filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted, and the appeal is dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Christopher and Bourliot.

---

[1] Appellants are Gary W. Gallagher, Daniel Webster Keogh, Danielle Keogh, Diversified Management Services, LLC, and NSSI Acquisition.